# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133492

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEVON RECALD JAMES,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133492
COA: 272109
Macomb CC: 2003-000538-FC

_____/

On order of the Court, the application for leave to appeal the February 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

Clerk